Case 7:23-cv-00034   Document 26   Filed on 11/03/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. | ) |
| | ) CIVIL ACTION NUMBER |
| VS. | ) |
| | ) M-23-034 |
| JMH LLC DBA PECKER'S NEIGHBORHOOD BAR AND GRILL AND DBA PECKER'S SCRATCH KITCHEN AND JACK JASON HANKS | ) |

O R D E R

Came on to be considered Plaintiff's Request for Clerk to Enter Default Against Defendants JMH LLC DBA Pecker's Neighborhood Bar and Grill and DBA Pecker's Scratch Kitchen, and Jack Jason Hanks and the Court being of the opinion that an order of default should be entered against Defendants, it is, therefore,

ORDERED that the Clerk shall enter Default against Defendants, JMH LLC DBA Pecker's Neighborhood Bar and Grill and DBA Pecker's Scratch Kitchen, and Jack Jason Hanks, in this action.

DONE this 3rd day of November, 2023, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE