UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

JOE HAND PROMOTIONS, INC.,

        Plaintiff,

- vs -

JMH LLC, *et al.*,

        Defendants.

CASE NO.: 7:23-cv-00034

### FINAL DEFAULT JUDGMENT

Upon consideration of Plaintiff, Joe Hand Promotions, Inc.'s Motion for Final Default Judgment ("Motion"), the accompanying Supporting Brief thereof, the evidence, the pleadings on file, and the relevant authorities, the Court concludes that Plaintiff has established that it is an aggrieved party under the Federal Communications Act and recognizes Plaintiff's election to seek statutory damages under 47 U.S.C. § 605.

The Court also concludes that it has jurisdiction over the subject matter and parties to this action; that Defendants, JMH LLC, d/b/a Pecker's Neighborhood Bar & Grill and d/b/a Pecker's Scratch Kitchen, and Jack Jason Hanks (collectively, "Defendants") failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service; that the allegations in Plaintiff's Complaint are deemed admitted against Defendants; that Defendants exhibited the broadcast of the *Deontay Wilder vs. Tyson Fury II* boxing match, including all undercard bouts and commentary, telecast on February 22, 2020 (the "Program") without authorization from Plaintiff; and that Defendants' actions were willful and for purposes

1

of direct or indirect commercial advantage or private financial gain. Therefore, additional damages are warranted in this action.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, as follows:

1. Default is hereby entered against Defendants, JMH LLC, d/b/a PECKER'S NEIGHBORHOOD BAR & GRILL and d/b/a PECKER'S SCRATCH KITCHEN, and JACK JASON HANKS.

2. Judgment by default is hereby entered in favor of Plaintiff, JOE HAND PROMOTIONS, INC. and against Defendants, JMH LLC, d/b/a PECKER'S NEIGHBORHOOD BAR & GRILL and d/b/a PECKER'S SCRATCH KITCHEN, and JACK JASON HANKS.

3. Plaintiff hereby recovers statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants, jointly and severally, in the amount of $10,000.00.

4. ~~Plaintiff hereby recovers additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants, jointly and severally, in the amount of $50,000.00.~~ *RK*

5. Plaintiff hereby recovers reasonable attorney's fees from Defendants, jointly and severally, in the amount of $3,175.00.

6. Plaintiff hereby recovers costs from Defendants, jointly and severally, in the amount of $907.00.

7. The Court also awards to Plaintiff post-judgment interest from Defendants, jointly and severally, on the amounts awarded herein at an annual rate of **3.95%** from the date of this judgment until paid.

8.  All writs and process for the enforcement and collection of this judgment may issue as necessary. In connection with any writ of execution in this case, the Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this judgment.

9.  This is a final judgment.

SO ORDERED.

SIGNED this 30th day of September, 2024 in McAllen, Texas.

_____
RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE